# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

**William G. Putnicki**
**Clerk of the Court**

### United States Courthouse
### 511 E. San Antonio, Suite 219
### El Paso, Texas 79901

October 24, 2008

U. S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

**IN RE: Our Case Number: EP:08-M-05640M**

**Your Case Number: 1:07CR125-04SEB/KPF**

**U.S.A. vs. JOHN DOE, AKA: FIERRO, TN: JESUS MANUEL FIERRO-Mendez**

**Enclosed please find the following documents pertinent to the removal of the above defendant(s) to your district:**

**(a.)  XX   Original Order of Removal (with attachments)**

**(b.)  ___  Original Appearance Bond**

**Sincerely,**

**William G. Putnicki, Clerk of Court**

by: *mhmolina*

Margie N. Molina
Courtroom Deputy
To United States Magistrate Judge,
Richard P. Mesa

RECEIVED
U.S. MARSHALS

IN THE UNITED STATES DISTRICT COURT
2008 OCT 22 FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

W/TX-EL PASO

FILED
OCT 22 2008
U.S. MAGISTRATE JUDGE
FOR THE WESTERN DISTRICT OF TEXAS
BY
SPECIAL DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No.  3:08-M-5640-M(1) |
| | )   (SD/INDIANA  No. 1: 07CR125-04 SEB/KPF) |
| JOHN DOE | ) |
| AKA: FIERRO; | ) |
| TN: JESUS MANUEL FIERRO-MENDEZ | ) |

## DETENTION ORDER

On this date, a hearing was scheduled on the Government's Motion to Detain Defendant Without Bond.  Prior to the hearing, counsel for the Defendant announced to the Court that the Defendant did not contest the Government's Motion.

Accordingly, the Court finds that there are no conditions of release that will reasonably assure the appearance of the Defendant.

It is therefore ORDERED that the Defendant be detained without bond and the Defendant is hereby committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further ORDERED that the Defendant shall be afforded a reasonable opportunity for private consultation with counsel.

It is further ORDERED that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of appearing in connection with any court proceeding.

SIGNED AND ENTERED this the ___22nd___ day of October, 2008.

A true copy of the original, I certify.
Clerk, U.S. District Court

By_____
      Special Deputy Clerk

RICHARD P. MESA
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. MARSHAL

FILED
OCT 2 2 2008

WESTERN          2008 OCT District  of  12: 18          TEXAS

FOR THE WESTERN DISTRICT OF TEXAS
U.S. MAGISTRATE JUDGE
BY SPECIAL DEPUTY CLERK

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

V.

W/TX-EL PASO

JOHN DOE
AKA: FIERRO
TN: JESUS MANUEL FIERRO-MENDEZ

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:07-CR-125-4-SEB/KPF | 3:08-M-5640-M(1) | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

     X  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    **U.S.C. §**   841(a)(1) and 846

**DISTRICT OF OFFENSE**

United States District Court Southern District of Indiana

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute in excess of 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Controlled Substance

**CURRENT BOND STATUS:**

   ☐ Bail fixed at             and conditions were not met
   ☐ Government moved for detention and defendant detained after hearing in District of Arrest
   ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   X Other (specify)    Defendant waived identity hearing and detention hearing

**Representation:**    x Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☐ No    ☐ Yes    Language:

WESTERN **DISTRICT** TEXAS

## TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| October 26, 2007 | *Richard P. Mesa* |
|---|---|
| Date | RICHARD P. MESA, UNITED STATES MAGISTRATE JUDGE |

A true copy of the original, I certify.
Clerk, U.S. District Court

**RETURN**

This commitment was received and executed as follows:

By _____
Special Deputy Clerk

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

RECEIVED
U.S. MARSHALS

2008 OCT 22 PM 12:

W/TX-EL PASO

FILED
OCT 2 2 2008
U.S. MAGISTRATE JUDGE
FOR THE WESTERN DISTRICT OF TEXAS
BY_____
SPECIAL DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      No.  3:08-M-5640-M(1)
                              )      (SD/INDIANA  No. 1: 07CR125-04SEB/KPF)
JOHN DOE                      )
AKA: FIERRO;                  )
TN: JESUS MANUEL FIERRO-MENDEZ )

## REMOVAL ORDER

On October 14, 2008, the above named Defendant appeared before the undersigned having

been arrested on a warrant for arrest issued out of the United States District Court for the Southern

District of Indiana.  The Government filed a Motion to Detain the Defendant Without Bond and an

identity hearing and detention hearing were set for October 22, 2008.

On this date came on to be heard the identity hearing and detention hearing.  The Defendant

executed an Order Regarding Rule 5 Proceedings wherein he waived identity hearing in this case.

After hearing the evidence the Court found Defendant to be the person named in the Indictment and

warrant for arrest.  The Defendant also waived a detention hearing and understands that by doing so

he will be detained in jail without bond while on trial.

The Defendant having had an opportunity to confer with counsel, it is hereby ORDERED that

the Marshal Service transport and deliver the Defendant to the Southern District of Indiana at

Indianapolis, Indiana.

SIGNED AND ENTERED this the _____22nd_____ day of October, 2008.

Richard P. Mesa

RICHARD P. MESA
UNITED STATES MAGISTRATE JUDGE

A true copy of the original. I certify.
Clerk. U.S. District Court

By _____
    Special Deputy Clerk

RECEIVED

OCT ~~~~ 2008
CLERK ~ U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FILED

2008 OCT 20 PM 3: 4

WESTERN DISTRICT COURT
DISTRICT OF TEXAS

BY _____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA )
                                  )
v.                         )    No. EP-08-MJ-5640-M

John Doe aka Fierro )
~~Jesus Manuel Fierro~~ )

## WAIVER REGARDING RULE 5 PROCEEDINGS

I, _____ , understand that in the
_____ District of _____ , I have been charged
with violating _____ . I have
been taken before a United States Magistrate Judge who has informed me of the
charge(s) and my right to: (1) retain counsel or request the appointment of counsel if
I am unable to retain counsel, (2) request transfer of the proceedings to this district
pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty, (3) an identity hearing
to determine if I am the person named in the charge and (4) a preliminary examination
(unless an indictment has been returned or an information filed) to determine whether
there is probable cause to believe an offense has been committed by me, the hearing
to be held either in this district or the district of prosecution.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

__✓__ Identity hearing
_____ Preliminary hearing
_____ Identity hearing and I have been informed that I have no right to
     preliminary hearing
__✓__ Detention hearing
_____ Detention hearing in El Paso, but I want a detention hearing in the prosecuting
     district.

_____10/20/08_____
Date

_____
Defendant

_____
Defense Counsel

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

FILED

OCT 1 7 2008

U.S. MAGISTRATE JUDGE
FOR THE WESTERN DISTRICT OF TEXAS
BY_____
SPECIAL DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | EP-08-MJ-5640-M |
| | § | |
| (1)JOHN DOE, aka FIERRO | § | |
| TN: JESUS MANUEL FIERRO | § | |

ORDER GRANTING
MOTION FOR CONTINUANCE

On this day came on for consideration the Motion for Continuance filed on behalf of Defendant Jose Manuel Fierro and the Court, having considered same, is of the opinion that the following order should be entered.

It is hereby ORDERED that the Defendant's motion be, and the same is, hereby GRANTED as set forth below.  The identity and detention hearing is re-scheduled for October 22, 2008, at 9:00a.m.

SIGNED AND ENTERED this 17th day of October, 2008.

_Richard P. Mesa_
RICHARD P. MESA
UNITED STATES MAGISTRATE JUDGE

A true copy of the original. I certify.
Clerk, U.S. District Court

By_____
Special Deputy Clerk

AO 456 (5/85) Notice

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  EP:08-M -05640(1)  M |
| | § | |
| (1) JOHN DOE | § | |
| *Defendant* | | |

# CIVIL / CRIMINAL NOTICE

**TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below**

| PLACE | ROOM NO. |
|---|---|
| **United States Courthouse** | **Room 444** |
| **511 E. San Antonio** | DATE AND TIME |
| **El Paso, TX 79901** | **October 22, 2008 @ 9:00 AM** |

TYPE OF PROCEEDING

### IDENTITY/DETENTION (CON'T FROM 10/17/08)

**RICHARD P MESA**
**U.S. MAGISTRATE JUDGE**

| October 17, 2008 | BY: | Margie N. Molina   - (915) 534-6717 |
|---|---|---|
| *Date* | | **Deputy Clerk** |

TO:  Defendant
      (1) JOHN DOE
      **Defendant's Attorney**
      **RUSSELL ABOUD - RETAINED**

      **U.S. ATTORNEY**
      **U.S. PRETRIAL**
      **U.S. PROBATION**
      **U.S. MARSHAL**

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2008 OCT 16 PM 3: 23

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ mnm _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO.  EP-08-M-05640(1)M |
| | * | |
| (1) JOHN DOE | * | |

AKA: FIERRO, TN: JESUS MANUEL FIERRO-Mendez

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Attorney Russell M. Aboud, and moves this Court to continue the above cause set for IDENTITY/DETENTION hearing on Friday October 17, 2008 at 9:30 a.m. and would show the Court as follows:

I.

This Cause is presently set for IDENTITY/DETENTION on October 17, 2008 at 9:30 a.m.

II.

Counsel respectfully requests an extension of the above mentioned IDENTITY/DETENTION Hearing due to the fact that Defense Attorney has conflict in other cases with the U.S. Courts.

III.

Defense Attorney has discussed this continuance with Assistant U.S. Attorney Russell Leachman, and he has no objections.

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

IV.

A one week continuance is requested.

V.

Defendant would request that this cause be set for said IDENTITY/DETENTION

hearing on a future date.

VI.

This Motion is not made for delay but that justice may be served.

WHEREFORE PREMISES CONSIDERED, the Movant prays the Court grant this

Motion and Order and that said IDENTITY/DETENTION Hearing be continued to a later

date.

Respectfully submitted,

RUSSELL M. ABOUD
Attorney at Law
State Bar No. 00819200
918 E. San Antonio
El Paso, Texas 79901
(915) 532-5449
(915)  533-4564   Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion
for Continuance has been delivered to the United States Attorney, El Paso, Texas, on this
the     day of October, 2008.

RUSSELL M. ABOUD

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

FILED
Oct 14 2008
Clerk, U.S. District Court
Western District of Texas

By: _mnm_
Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §    **Case Number:** |
| vs. | §    EP:08-M -05640(1) M, |
| | §    *Rule 5 S/D of Indiana* |
| | §    *1:07-CR-125-01-SEB/KPF* |
| (1) JOHN DOE | § |
|    AKA: FIERRO, TN: JESUS MANUEL FIERRO-Mendez | |

**Interpreter Required: Yes ___/___ No___**

---

| **\*PROCEEDINGS SHEET / CRIMINAL NOTICE** | 21:846 |
|---|---|

**TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:**

| Place | Room No. |
|---|---|
| **United States Courthouse** | **444** |
| **511 E. San Antonio** | Date and Time |
| **El Paso, Texas 79901** | **October 17, 2008 at 09:30 AM** |

Type of Proceeding

## IDENTITY/DETENTION

---

**RICHARD P MESA**

**UNITED STATES MAGISTRATE JUDGE**

**October 14, 2008**

Initial Appearance Date

**Margie N. Molina   (915) 534-6717**

**(BY) DEPUTY CLERK**

**JOHN DOE**
   [] TO RETAIN ATTORNEY

U.S. PROBATION
U.S. PRETRIAL SERVICES
U.S. ATTORNEY
U.S. MARSHAL
AGENCY / DEA - MATT SANDBERG

**TEMPORARY DETENTION ORDERED: ___ /___    BOND: $_____.**

\* Defendant afforded initial appearance pursuant to Fed. R. Crim. P. 5, informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is finacially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release.   Intial Appearance is electronically recorded.

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

AO 458 (Rev. 10/95) Appearance

FILED

# United States District Court

OCT 1 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

# Western District of Texas

BY _____ *mnm*
DEPUTY CLERK

## APPEARANCE

v.

Jesus Manuel Fierro-
Mendez

CASE NUMBER: 08-5640 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_____

_____

_____

_____

_____

_____

_____

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/14/08 | |
| Date | Signature |
| | Russell W. Nourf       0051920C |
| | Print Name       Bar Number |
| | 916 E. San Antonio |
| | Address |
| | E.P.   Tx   79901 |
| | City   State   Zip Code |
| | 532-5449       533-4564 |
| | Phone Number       Fax Number |

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

OCT 1 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 08-5640 M |
| | ) | **SOUTHERN DISTRICT OF INDIANA** |
| JOHN DOE | ) | **COURT NO. 1:07-cr-125-01-SEB/KPF** |
| aka Fierro | ) | |
| TN: JESUS MANUEL FIERRO-MENDEZ | ) | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT
## WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.     The Defendant is indicted for a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years (Criminal Number 1:07-cr-125-01-SEB/KPF).

2.     The Defendant was arrested on a warrant out of the Southern District of Indiana, Indianapolis Division, charging Defendant with Title 21, United States Code, Section 841(a)(1) and 846, Conspiracy to Distribute over 5 kilograms of Cocaine.

3.     The Defendant is a foreign national, and, as such, presents a high risk of fleeing to avoid prosecution on this charge.

4.     There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

October 14, 2008

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

5.      There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY:    _____

CRAIG H. RUSSELL
Assistant U.S. Attorney
Texas Bar #24069817
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Special Deputy Clerk

October 14, 2008

RECEIVED    UNITED STATES DISTRICT COURT
UNITED STATES MARSHAL    SOUTHERN DISTRICT OF INDIANA
2008 FEB 29 AM 9: 25    INDIANAPOLIS DIVISION

SAM H. ... ... ...
INDPLS., INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

08 FEB 27 PM 4: 52

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMIGDIO MARTINEZ, | ) | CAUSE NO. 1:07-cr-125-01-SEB-KPF |
| a/k/a Millo, | ) | |
| ALEX LNU, | ) | -02 |
| a/k/a Edgar, | ) | |
| a/k/a Top Dog, | ) | |
| JOHN DOE, | ) | -03 |
| a/k/a Lalo, | ) | |
| JOHN DOE, | ) | -04 |
| a/k/a Fierro, | ) | |
| JOHN DOE, | ) | -05 |
| a/k/a Cobrita, | ) | |
| JOSE MERAZ, | ) | -06 |
| a/k/a Chema, | ) | |
| ROBERTO ESPINOZA, | ) | -07 |
| a/k/a Negrito, | ) | |
| BALTAZAR URQUIDI, | ) | -08 |
| CRUZ SAENZ, | ) | -09 |
| SERGIO LEON-MORENO, | ) | -10 |
| a/k/a Checo, | ) | |
| MANUEL MASCORRO-GUERRERO, | ) | -11 |
| a/k/a Pedro, | ) | |
| CARRERA CAMILO, | ) | |
| a/k/a Camilo Carrera | ) | -12 |
| PEDRO MENDOZA, | ) | -13 |
| a/k/a Tocayo, | ) | |
| RAMIRO GONZALEZ, | ) | -14 |
| JOHN SMITH, | ) | -15 |
| QUINTON DEWS, | ) | -16 |
| a/k/a Michael, | ) | |
| MIGUEL MENDOZA, | ) | -17 |
| a/k/a Barragon, | ) | |
| CARLOS H. MARTINEZ, | ) | -18 |
| a/k/a Erik Ortega-Sanchez, and | ) | |
| PERLA ROCHA, | ) | -19 |

a/k/a Perla Recendiz,                    )
                                         )
                    Defendants.          )

## SUPERSEDING INDICTMENT

## COUNT ONE

The Grand Jury charges that:

Beginning in or around April, 2007, the exact date being unknown to the Grand Jury, and continuing up to and including September 11, 2007, in the Southern District of Indiana, Indianapolis, and elsewhere, EMIGDIO MARTINEZ, a/k/a Millo, ALEX LNU, a/k/a Edgar, a/k/a Top Dog, JOHN DOE, a/k/a Lalo, JOHN DOE, a/k/a Fierro, JOHN DOE, a/k/a Cobrita, JOSE MERAZ, a/k/a Chema, ROBERTO ESPINOZA, a/k/a Negrito, BALTAZAR URQUIDI, CRUZ SAENZ, SERGIO LEON-MORENO, a/k/a Choco, MANUEL MASCORRO-GUERRERO, a/k/a Pedro, CARRERA CAMILO, a/k/a Camilo Carrera, PEDRO MENDOZA, a/k/a Tocayo, RAMIRO GONZALEZ, JOHN SMITH, QUINTON DEWS, a/k/a Michael, MIGUEL MENDOZA, a/k/a Barragon, CARLOS H. MARTINEZ, a/k/a Erik Ortega-Sanchez, and PERLA ROCHA, a/k/a Perla Recendiz, defendants herein, did knowingly conspire together and with diverse other persons, known and unknown to the Grand Jury, to distribute in excess of 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

2

### MANNER AND MEANS

1.      During the charged conspiracy, EMIGDIO MARTINEZ, ALEX LNU, "Lalo,"

and "Fierro," residents of Juarez, Mexico, obtained cocaine and caused the cocaine to be

transported to Indianapolis, Indiana for future distribution.

2.      "Cobriza" coordinated the activities of various drug couriers who transported

cocaine from El Paso, Texas to Indianapolis.

3.      JOSE MERAZ, ROBERTO ESPINOSA, BALTAZAR URQUIDI, SERGIO

LEON-MORENO, and MIGUEL MENDOZA transported cocaine from the El Paso, Texas

area to Indianapolis. MERAZ, ESPINOSA, LEON-MORENO, MENDOZA, and CRUZ

SAENZ transported drug proceeds from Indianapolis to the El Paso area.

4.      MANUEL MASCORRO-GUERRERO operated a cocaine trafficking cell in

Indianapolis and distributed the cocaine to customers in Indianapolis and Cincinnati, Ohio.

5.      JOHN SMITH, a resident of Indianapolis, transported cocaine from Indianapolis

to Cincinnati for MASCORRO-GUERRERO.

6.      QUINTON DEWS, a resident of Cincinnati, distributed cocaine in the

Cincinnati area. CARLOS MARTINEZ and PERLA ROCHA distributed cocaine in the

Indianapolis area.

7.      CARRERA CAMILO, PEDRO MENDOZA, and RAMIRO GONZALEZ

assisted MASCORRO-GUERRERO by helping offload cocaine shipments that arrived in

Indianapolis, weighing and packaging cocaine for distribution, and counting drug proceeds.

3

## OVERT ACTS

The defendants performed numerous overt acts during the course of the conspiracy, including, but not limited to, the following:

1.    On or about July 21, 2007, ROCHA asked MASCORRO-GUERRERO to deliver one (1) kilogram of cocaine to her for redistribution.

2.    On or about July 21, 2007, CARLOS MARTINEZ agreed to purchase one (1) kilogram of cocaine from MASCORRO-GUERRERO for $21,000 in United States currency.

3.    On or about July 28, 2007, "Pietro" acquired a quantity of cocaine for distribution and caused the cocaine to be delivered to LEON-MORENO for transportation to Indianapolis.

4.    On or about July 28 and 29, 2007, LEON-MORENO transported cocaine from the El Paso area to Indianapolis for distribution.

5.    On or about July 30, 2007, MASCORRO-GUERRERO transferred cocaine to SMITH in Indianapolis. SMITH transported the cocaine from Indianapolis to Cincinnati and delivered the cocaine to DEWS for distribution.

6.    On or about August 3, 2007, ALEX LNU obtained cocaine for transportation from the El Paso area to Indianapolis.

7.    On or about August 4, 2007, "Cobrita" arranged for ESPINOSA to transport cocaine from the El Paso area to Indianapolis.

4

8.   On or about August 5, 2007, JOSE MERAZ agreed to transport cocaine to Indianapolis for MASCORRO-GUERRERO.

9.   On or about August 6 and 7, 2007, ESPINOSA transported cocaine from El Paso to Indianapolis. On or about August 7, 2007, ESPINOSA offloaded the cocaine at 4020 Rockville Road, Indianapolis.

10.   On or about August 6 and 7, 2007, CAMILO rented a U-Haul van to transport cocaine.

11.   On or about August 7, 2007, GONZALEZ helped offload a quantity of cocaine at 4020 Rockville Road, Indianapolis.

12.   On or about August 8, 2007, "Lalo" obtained a quantity of cocaine and caused the cocaine to be transported to Indianapolis by MIGUEL MENDOZA.

13.   On or about August 8, 9, and 10, 2007, MIGUEL MENDOZA transported cocaine from the El Paso area to Indianapolis.

14.   On or about August 10, 2007, PEDRO MENDOZA and CAMILO obtained cocaine from MIGUEL MENDOZA and transported the cocaine to 4020 Rockville Road, Indianapolis.

15.   On or about August 14, 2007, MIGUEL MENDOZA possessed approximately $500,000 in Ohio that he attempted to transport from Indianapolis to the El Paso area.

16.   On or about August 28, 2007, PEDRO MENDOZA possessed approximately $502,000 in United States currency at 5417 Greenfield Avenue, Indianapolis.

Feb 28 2008 9:43AM    'S MARSHAL S/INDIANA INDI  9  2267695    p.17

17.    On or about September 7, 2007, SAENZ attempted to collect approximately $500,000 in United States currency from MASCORRO-GUERRERO for delivery to ALEX LNU.

18.    On or about September 7, 2007, EMIGDIO MARTINEZ caused approximately twenty-eight (28) kilograms of cocaine to be transferred to URQUIDI for transportation from the El Paso area to Indianapolis.

19.    On or about September 11, 2007, URQUIDI possessed approximately twenty-eight (28) kilograms of cocaine in Indianapolis.

## FORFEITURE

1.    The allegations in Count One of this Indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2.    If convicted of the offense set forth in Count One, EMIGDIO MARTINEZ, a/k/a Millo, ALEX LNU, a/k/a Edgar, a/k/a Top Dog, JOHN DOE, a/k/a Lalo, JOHN DOE, a/k/a Fierro, JOHN DOE, a/k/a Cobrita, JOSE MERAZ, a/k/a Chema, ROBERTO ESPINOZA, a/k/a Negrito, BALTAZAR URQUIDI, CRUZ SAENZ, SERGIO LEON-MORENO, a/k/a Checo, MANUEL MASCORRO-GUERRERO, a/k/a Pedro, CARRERA CAMILO, a/k/a Camilo Carrera, PEDRO MENDOZA, a/k/a Tocayo, RAMIRO GONZALEZ, JOHN SMITH, QUINTON DEWS, a/k/a Michael, MIGUEL MENDOZA, a/k/a Barragon, CARLOS H. MARTINEZ, a/k/a Erik Ortega-Sanchez, and PERLA ROCHA, a/k/a Perla Recendiz defendants herein, shall forfeit to the United States any and all property,

6

real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense set forth in Count One, and any and all property, real or personal, used or intended to be used in any manner or part to commit and to facilitate the commission of the offense set forth in Count One of this Indictment.

3.  Pursuant to Title 21, United States Code, Section 853(p), the court shall order the forfeiture of any other property of the defendants, up to the value of any property described in paragraph 2, if, by any act or omission of the defendants, the property described in paragraph 2, or any portion thereof:

a.  cannot be located upon the exercise of due diligence;
b.  has been transferred or sold to, or deposited with, a third party;
c.  has been placed beyond the jurisdiction of the court;
d.  has been substantially diminished in value; or
e.  has been commingled with other property which cannot be divided without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of all forfeitable property as described above in Paragraph 2.

4.  If convicted of the offense set forth in Count One, EMIGDIO MARTINEZ, a/k/a Millo, ALEX LNU, a/k/a Edgar, a/k/a Top Dog, JOHN DOE, a/k/a Lalo, JOEN DOE, a/k/a Fierro, JOHN DOE, a/k/a Cobrita, JOSE MERAZ, a/k/a Chema, ROBERTO ESPINOZA, a/k/a Negrito, BALTAZAR URQUIDI, CRUZ SAENZ, SERGIO LEON-MORENO, a/k/a Checo, MANUEL MASCORRO-GUERRERO, a/k/a Pedro, CARRERA CAMILO, a/k/a Camilo Carrera, PEDRO MENDOZA, a/k/a Tocayo, RAMIRO GONZALEZ, JOHN SMITH, QUINTON DEWS, a/k/a Michael, MIGUEL MENDOZA,

7

** TOTAL PAGE.09 **
10/10/2008  12:55    3172255072          DEA INDPLS DO                PAGE  10/10
     Feb 28 2008 9:43AM    ^ MARSHAL S/INDIANA INDI  3' ?267685          P.19

a/k/a Barragon, CARLOS H. MARTINEZ, a/k/a Erik Ortega-Sanchez, and PERLA ROCHA,

a/k/a Perla Rexendiz, defendants herein, shall also forfeit to the United States, pursuant to

Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section

2461(c), any firearm or ammunition involved in or used in any of the offenses set forth in

Count One.


A TRUE BILL

FOREPERSON


TIMOTHY M. MORRISON
Acting United States Attorney

By:

Bradley A. Blackington
Assistant United States Attorney


8

10/10/2008  12.55  9172263072          DEA INDPLS DO          PAGE 02/10

**SEALED**

# United States District Court

SOUTHERN          DISTRICT OF          INDIANA

UNITED STATES OF AMERICA
V.
JOHN DOE,
a/k/a Fierro

### WARRANT FOR ARREST

CASE NUMBER:  1:07-125-cr-04 B/F

To:   The United States Marshal
   and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest ___JOHN DOE, a/k/a Fierro___ and bring him or her
forthwith to the nearest magistrate to answer a(n)

__X__ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute in excess of 5 kilograms of a mixture or substance containing a detectable amount of
cocaine, a Schedule II, Narcotic Controlled Substance

in violation of Title _21_ United States Code, Section(s) _841(a)(1) & 846_

| | |
|---|---|
| Laura A. Briggs | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | October 2, 2007 Indianapolis |
| Signature of Issuing Officer  CLERK | Date and Location |
| *[signature]* | by |
| (By) Deputy Clerk | Name of Judicial Officer |

Bail fixed at $ _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CERTIFIED: A TRUE COPY
US DISTRICT COURT SOUTHERN DISTRICT OF...
CLERK OF ...
LAURA A. BRIGGS CLERK

SEALED

# United States District Court

___SOUTHERN___ DISTRICT OF ___INDIANA___

UNITED STATES OF AMERICA
V.
JOHN DOE,
a/k/a Fierro

**WARRANT FOR ARREST**

CASE NUMBER:  1:07-125-cr-04 B/F

To:   The United States Marshal
    and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest ____JOHN DOE, a/k/a Fierro____ and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment  _ Information  _ Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute in excess of 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Controlled Substance

in violation of Title _21_ United States Code, Section(s) _841(a)(1) & 846_

| | |
|---|---|
| Laura A. Briggs | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer  CLERK | October ~~September~~ 2, 2007 Indianapolis |
| | Date and Location |
| | |
| (By) Deputy Clerk | by |
| | Name of Judicial Officer |

Bail fixed at $ _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

SOUTHERN DISTRICT
CERTIFIED
A TRUE COPY
U.S. DISTRICT COURT
CLERK OF COURT
LAURA A. BRIGGS
CLERK